# NO. 12-15-00060-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *DONALD ADKINS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

In this original proceeding, Relator Donald Adkins seeks a writ of mandamus requiring "the State of Texas, County of Sabine" to "Dismiss with Prejudice any and all causes, complaints, indictments – et cetera . . . known to and/or unknown to the Petitioner by way of Dismissal with Prejudice and an "ORDER" to direct the Texas Department of Criminal Justice (TDCJ) Screen, and any other Factoring Documents, Data Systems et-cetera."

A court of appeals may issue a writ of mandamus against a judge of a district or county court in the court of appeals district or a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52, Code of Criminal Procedure, in the court of appeals district. TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). Additionally, a court of appeals may issue "all other writs necessary to enforce the jurisdiction of the court." *Id.* § 22.221(a) (West 2004). Here, Relator does not seek a writ of mandamus against any person within either of the categories specified in Section 22.221(b). Nor has he shown that the writ he requests is necessary to enforce this court's jurisdiction. *See id.* Therefore, we conclude that we do not have jurisdiction to issue a writ of mandamus in this proceeding. Accordingly, we ***dismiss*** Relator's petition for writ of mandamus.[1]

---

[1] Relator has not provided certain required contents of his mandamus petition, including an appendix, a record, and a clear and cogent argument for his contentions, with appropriate citations to authorities and to the appendix or record. *See* TEX. R. APP. P. 52.3(h), (k), 52.7. Consequently, even if our mandamus authority extended to "the State of Texas, County of Sabine," we would be unable to evaluate the merits of Relator's claim.

Opinion delivered March 11, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 11, 2015**

**NO. 12-15-00060-CR**

**DONALD ADKINS,**
Relator

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by **DONALD ADKINS**. Said petition for writ of mandamus having been filed herein on March 9, 2015, and the same having been duly considered, because it is the opinion of this Court that this court does not have jurisdiction to issue a writ of mandamus in this proceeding and that it should be dismissed for want of jurisdiction, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed for want of jurisdiction**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*